B 5 (Official Form 5) (12/07)

| UNITED STATES BANKRUPTCY COURT<br>Western District of Pennsylvania | INVOLUNTARY PETITION |
|---|---|

| IN RE (Name of Debtor – If Individual: Last, First, Middle)<br>Allegheny Natural Resources, Inc. | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names.) |
|---|---|
| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN<br>(If more than one, state all.): | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br><br>2591 Wexford-Bayne Road, Suite 204<br>Sewickley, PA 15143<br><br>COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>Allegheny<br>ZIP CODE | MAILING ADDRESS OF DEBTOR (If different from street address)<br><br><br><br><br>ZIP CODE |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☐ Chapter 7 ☑ Chapter 11

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

| Nature of Debts<br>(Check one box.)<br><br>Petitioners believe:<br><br>☐ Debts are primarily consumer debts<br>☑ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br><br>☐ Individual (Includes Joint Debtor)<br>☑ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | Nature of Business<br>(Check one box.)<br><br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other<br>   Oil and Gas Production |
|---|---|---|

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☑ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

### PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

| ALLEGATIONS<br>(Check applicable boxes) | COURT USE ONLY |
|---|---|
| 1. ☑ Petitioner (s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).<br>2. ☑ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.<br>3.a. ☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;<br>    or<br>b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. | |

B 5 (Official Form 5) (12/07) – Page 2     Name of Debtor Allegheny Nat. Res.

Case No. _____

### TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| Signature of Petitioner or Representative (State title) | Signature of Attorney |
|---|---|
| Interstate Gas Marketing, Inc.   06/29/2011 | Robert O Lampl   06/30/2011 |
| Name of Petitioner / Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity: William Gregg, Pres., 2018 S. 6th Street, Indiana, PA 15701 | 960 Penn Avenue, Ste. 1200, Pittsburgh, PA 15222 Address / (412) 392-0330 Telephone No. |
| Aven Gas & Oil, Inc.   06/29/2011 | Robert O Lampl   06/30/2011 |
| Name of Petitioner / Date Signed | Name of Attorney Firm (If any) |
| William Aven, Pres., PO Box 14491, Okla. City, OK 73113 | 960 Penn Avenue, Ste. 1200, Pittsburgh, PA 15222 / (412) 392-0330 |
| Craig Berland   06/29/2011 | Robert O Lampl   06/30/2011 |
| Name of Petitioner / Date Signed | Name of Attorney Firm (If any) |
| Craig Berland, 4293 Kitty Hawk, Chandler, AZ 85226 | 960 Penn Avenue, Ste. 1200, Pittsburgh, PA 15222 / (412) 392-0330 |

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Interstate Gas Marketing, Inc. (see above) | Contract | 1,000,000.00 |
| Aven Oil & Gas, Inc. (see above) | Contract | 1,000,000.00 |
| Craig Berland (see above) | Contract | 1,000,000.00 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | 3,000,000.00 |

_____ continuation sheets attached

B 5 (Official Form 5) (12/07) – Page 2                    Name of Debtor  Allegheny Nat. Res.

Case No. _____

### TRANSFER OF CLAIM
☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF
Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| x Signature of Petitioner or Representative (State title) | x Signature of Attorney                    06/30/2011 |
|---|---|
| Interstate Gas Marketing, Inc.    06/29/2011 | Robert O Lampl                                    Date |
| Name of Petitioner                Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity: William Gregg, Pres., 2018 S. 8th Street, Indiana, PA 15701 | 960 Penn Avenue, Ste. 1200, Pittsburgh, PA 15222 Address |
| | (412) 392-0330    Telephone No. |

| x [signature]                                             | x [signature]    06/30/2011 |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney    Date |
| Aven Gas & Oil, Inc.    06/29/2011 | Robert O Lampl |
| Name of Petitioner    Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity: William Aven, Pres., PO Box 14491, Okla. City, OK 73113 | 960 Penn Avenue, Ste. 1200, Pittsburgh, PA 15222 Address |
| | (412) 392-0330    Telephone No. |

| x _____ | x _____    06/30/2011 |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney    Date |
| Craig Berland    06/29/2011 | Robert O Lampl |
| Name of Petitioner    Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity: Craig Berland, 4293 Kitty Hawk, Chandler, AZ 85226 | 960 Penn Avenue, Ste. 1200, Pittsburgh, PA 15222 Address |
| | (412) 392-0330    Telephone No. |

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Interstate Gas Marketing, Inc. (see above) | Contract | 1,000,000.00 |
| Aven Oil & Gas, Inc. (see above) | Contract | 1,000,000.00 |
| Craig Berland (see above) | Contract | 1,000,000.00 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims  3,000,000.00 |

_____ continuation sheets attached

B 5 (Official Form 5) (12/07) – Page 2    Name of Debtor  Allegheny Nat. Res.

Case No. _____

## TRANSFER OF CLAIM
☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF
Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x_____<br>Signature of Petitioner or Representative (State title)<br>Interstate Gas Marketing, Inc.      06/29/2011<br>Name of Petitioner                           Date Signed<br><br>Name & Mailing              William Gregg, Pres.<br>Address of Individual       2018 S. 6th Street<br>Signing in Representative<br>Capacity                    Indiana, PA 15701 | x_____   06/30/2011<br>Signature of Attorney                     Date<br>Robert O Lampl<br>Name of Attorney Firm (If any)<br>960 Penn Avenue, Ste. 1200, Pittsburgh, PA 15222<br>Address<br>(412) 392-0330<br>Telephone No. |
| x_____<br>Signature of Petitioner or Representative (State title)<br>Aven Gas & Oil, Inc.      06/29/2011<br>Name of Petitioner                           Date Signed<br><br>Name & Mailing              William Aven, Pres.<br>Address of Individual       PO Box 14491<br>Signing in Representative<br>Capacity                    Okla. City, OK 73113 | x_____   06/30/2011<br>Signature of Attorney                     Date<br>Robert O Lampl<br>Name of Attorney Firm (If any)<br>960 Penn Avenue, Ste. 1200, Pittsburgh, PA 15222<br>Address<br>(412) 392-0330<br>Telephone No. |
| x /s/ Craig Berland<br>Signature of Petitioner or Representative (State title)<br>Craig Berland      06/29/2011<br>Name of Petitioner                           Date Signed<br><br>Name & Mailing              Craig Berland<br>Address of Individual       4293 Kitty Hawk<br>Signing in Representative<br>Capacity                    Chandler, AZ 85226 | x_____   06/30/2011<br>Signature of Attorney                     Date<br>Robert O Lampl<br>Name of Attorney Firm (If any)<br>960 Penn Avenue, Ste. 1200, Pittsburgh, PA 15222<br>Address<br>(412) 392-0330<br>Telephone No. |

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Interstate Gas Marketing, Inc. (see above) | Contract | 1,000,000.00 |
| Aven Oil & Gas, Inc. (see above) | Contract | 1,000,000.00 |
| Craig Berland (see above) | Contract | 1,000,000.00 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | 3,000,000.00 |

_____ continuation sheets attached